IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:24CR104 |
| vs. | ) | |
| KADONTA MULDREW<br>JERON MORRIS, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant, Kadonta Muldrew's, Amended Motion to Continue Trial [48]. Counsel needs additional time to conduct plea negotiations. The court has been advised the co-defendant does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Amended Motion to Continue Trial [48] is granted, as follows:

1. The jury trial, **for both defendants**, now set for February 25, 2025, is continued to **April 15, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 15, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. Motion to Continue Trial [47] is denied as moot.

**DATED:** February 5, 2025

**BY THE COURT:**

**s/ Ryan C. Carson**
**United States Magistrate Judge**