**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR104 |
| | ) | |
| vs. | ) | |
| | ) | |
| **KADONTA MULDREW** | ) | ORDER |
| **JERON MORRIS,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the defendant, Kadonta Muldrew's, Motion to Continue Trial [52]. The court held a Telephone Status conference on March 31, 2025. Joseph P. Meyer represented the government, Glenn A. Shapiro represented the defendant, Kadonta Muldrew and Karen M. Shanahan represented the defendant Jeron Morris. For the reasons set forth in the motion and on the record, the court finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [52] is granted, as follows:

1. The jury trial, **for both defendants**, now set for April 15, 2025, is continued to **July 8, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 8, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: April 1, 2025.**

        **BY THE COURT:**

        **s/ Ryan C. Carson**
        **United States Magistrate Judge**