IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KADONTA MULDREW and JERON MORRIS,<br><br>    Defendants. | 8:24-CR-104<br><br>ORDER TO SHOW CAUSE |

  The Indictment in this case contains a Forfeiture Allegation alleging in relevant part that the property to be forfeited includes "$118,950 in United States currency seized from Unit F5 of CubeSmart Self Storage at 5646 N. 90 Street, Omaha, Nebraska, on or about May 17, 2024." Filing 1 at 4. The Government has filed multiple motions seeking a preliminary order of forfeiture. On August 29, 2025, the Government filed a Second Amended Motion for Preliminary Order of Forfeiture stating for the first time that "It has come to light that the amount of $118,950.00 listed in the Indictment is incorrect and the correct amount is $19,000.00." Filing 132 at 2. On September 4, 2025, the Court entered a Preliminary Order of Forfeiture granting the Government's Second Amended Motion and authorizing the Government to seize the corrected amount of $19,000.00 in United States currency, along with the other property listed in the Indictment. Filing 133. The following day, the Government filed a Third Amended Motion for Preliminary Order of Forfeiture stating this time that "It has come to light that the amount of $118,950.00 listed in the Indictment is incorrect and the correct amount is $119,000.00." Filing 134 at 2. The Government thus asks the

1

Court to enter an Amended Preliminary Order of Forfeiture reflecting a newly corrected amount of $119,000.00 in United States currency.

Clearly the Government has made mistakes in calculating or requesting the amount to be forfeited. Under these circumstances, the Court will order counsel for the Government to show cause why those mistakes were made and why the amount requested has changed three different times with swings in the amount to be forfeited of $100,000.

When it comes to preliminary orders of forfeiture, the Court has little choice but to trust that the Government has diligently requested forfeiture of accurate amounts of currency. In this case, the Government has requested three different amounts of currency across a $100,000 spectrum. It has apparently caused this Court to enter an order that is in error. This causes the Court to hesitate in believing that the Government's requested amounts are accurate. The Court further notes that this is not the first case in which forfeiture amounts have changed several times. The Court acknowledges that there are certainly circumstances where new information justifies changes in the requested amounts, but the Court respectfully asks the Government to review its procedures to keep these types of mistakes to a minimum.

IT IS ORDERED that counsel for the Government must show cause and respond to this order in writing by 5:00 p.m. on Monday, September 15, 2025, as outlined in this order.

Dated this 12th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge