IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KADONTA MULDREW,<br><br>    Defendant. | 8:24-CR-104<br><br><br>**ORDER** |

   This matter is before the Court on defendant Kadonta Muldrew's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis, Filing 159, which the Court construes as a Motion for Permission to Appeal In Forma Pauperis, as no such motion has otherwise been filed. On November 19, 2025, the Court sentenced the defendant to 235 months of incarceration on Count I for his participation in a drug conspiracy, 235 months of incarceration on Count II for possessing with the intent to distribute 40 grams or more of fentanyl, and 180 months of incarceration on Count III for being a felon in possession of a firearm. Filing 150 (Text Minute Entry); Filing 154 (Judgment). All three terms of incarceration are to be served concurrently. Filing 154 at 2. Federal Rule of Appellate Procedure 24(a) requires that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1). The Rule further requires the party to "attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). The defendant filed an affidavit in accordance with Form 4, which details

his lack of assets and states his intention to challenge the guidelines calculation and sentence in this case. Thus, the defendant is entitled to proceed in forma pauperis on appeal. Accordingly,

IT IS ORDERED that the defendant's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis, Filing 159, which the Court construes as a Motion for Permission to Appeal In Forma Pauperis, is granted. The defendant is entitled to proceed on appeal in forma pauperis.

Dated this 2nd day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge