IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br><br>  vs.<br><br><br>KADONTA MULDREW and JERON MORRIS,<br><br>    Defendants. | **8:24-CR-104**<br><br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 174. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On September 16, 2025, the Court entered an Amended Preliminary Order of Forfeiture forfeiting the defendants' interest in $119,000.00; $11,301.00; and $5,694.00 in United States currency and the Glock 17 9mm semi-automatic handgun with serial number 004836GEN1, the Smith & Wesson Bodyguard .380 semi-automatic handgun with serial number KHR3716, the Canik TP-9SFX 9mm semi-automatic handgun with serial number 22BC19464, and the Canik Mete MC9 9mm semi-automatic handgun with serial number 23CT51027 (collectively, the Property). Filing 137.

2. Notice of Criminal Forfeiture was posted on an official government internet forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 30, 2025, as required by 21 U.S.C. § 853(n)(1), Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, and Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims

and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 9, 2025.

Filing 173.

3. The Government advises the Court that no party has filed a petition regarding the Property.

From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 174, is granted;

2. All right, title, and interest in and to the Property seized from the defendants held by any

person or entity are forever barred and foreclosed;

3. The Property is forfeited to the Government; and

4. The Government is directed to dispose of the Property in accordance with the law.


Dated this 18th day of December, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge